# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*CLERK OF DISTRICT COURT*
*NORTHERN DIST. OF TX*
*FORT WORTH DIVISION*
*FILED*

2022 NOV -1  PM 2:13

DEPUTY CLERK _____

JacQuetta L. Clayton
Plaintiff

v.

Amazon
Defendant

4-22CV-984-0

Civil Action No.

## COMPLAINT

**Discrimination:** Based on the fact that I'm in a protected Age Discrimination and Employment Act, the ADEA and the Americans with Disability Act the ADA and Title VII of the Civil Rights Act. There may be more federal violations out there.

**Retaliation:** Based on my report to Department of Justice for Civil Rights, OSHA and NIOSH about treatment to employees and unsafe conditions, Amazon started to treat me with ill treatment without favor of being an employee and interrupted my insurance benefits pay.

**Harassment:** Based on being approved for work accommodations with work restrictions and Amazon Management continued to harass me and created a hostile working environment that push me out of my working space. Once home on Short Term Disability Amazon ignored my portal uploads and my Physician Statements from my doctors to interrupt my pay and eventually cause me to lose my home.

* Attach additional pages as needed.

Date _____

Signature _____

Print Name  JacQuetta Clayton

Address  820 Nelson Pl

City, State, Zip  Burleson, TX 76028

Telephone  469-996-0181

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/03/2022

**To:** Ms. Jacquetta Clayton
PO Box 54-0512
GRAND PRAIRIE, TX 75052
Charge No: 450-2022-01815

| EEOC Representative and email: | Dennis Guzman |
| --- | --- |
| | EEO Investigator |
| | dennis.guzman@eeoc.com |

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2022-01815.

On behalf of the Commission,

Dennis Guzman  Digitally signed by
              Dennis Guzman
              Date: 2022.08.03
              12:27:01 -05'00'  for
_____
Rayford O. Irvin
Acting District Director

Please retain this notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## DALLAS DISTRICT OFFICE
### CHARGE OF DISCRIMINATION
### 08/02/2022

EEOC Form 5A (October 2017)

**For Official Use Only – Charge Number:** 450-202201815

| | |
|---|---|
| **Personal Information** | First Name: JacQuetta   MI: L   Last Name: Clayton<br>Address: 820 Nelson PL   Apt.: ___<br>City: Burleson   County: Tarrant   State: TX   Zip Code: 76028<br>Phone: 469-996-0181 c   Home ☐ Work ☐ Cell ☐   Email: jclayton326@gmail.com |
| **Who do you think discriminated against you?** | Employer ☐   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: Employer - Amazon<br>Address: 9155 Southlink Drive   Suite: NA<br>City: Dallas   State: TX   Zip Code: 75241   Phone: 888-892-7180 |
| **Why you think you were discriminated against?** | Race ☑   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☑<br>Disability ☑   Genetic Information ☐   Retaliation ☑   Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: 07-22-2022<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br><br>A Brief Summary of the Facts<br>1. PERSONAL HARM<br>a. The most harm I have experienced from this situation is my hands and wrists in pain with minimal use such as typing, lifting, or carrying my purse. My fingers get stuck like I have a deformity in my hands and it's painful. While I was at work every day, I had to find my child and pull it to my station because it was moved by HR who was accusing me of taking information from the computer. This caused more harm to my hands and an injury and harm to my mental psychological well being. I currently have to get injections for some pain relief that really doesn't work. I had to receive multiple injections in my abreast to repair hernias caused by working hard for Amazon and the harm is I'm not the same person mentally or physically. The harm has caused depression, anxiety, and anger for being damaged and ignored by a company that values me values.<br>b. Mental and Emotional Distress: because I lost my home dealing with Amazon's wrong and false Physician Statement/FEP Nurse response that were submitted in a timely manner to resolve the benefits. Because Amazon continued intentionally to call my deduction in errors on purpose and cut off my benefit pay without notice. This action played a big part in the loss of my income and home. Having to back up my home in so much pain. Depleted my accounts and I no longer have a home. Every other rep I communicated with was in collusion with Donna Turley. There are records where I would open a HR Case looking for help and the reps would immediately close my case and I would open it right back and it alone prove it was a ping pong effect. Opens/Close blatantly ignoring me. This caused financial distress, and this caused me mental harm of depression.<br>c. Emotional distress of having worked for a company really hard and this company shows you disrespect that they blatantly do not care about your safety, mental health, well being and/or security. When I was being attacked at work by management, I had no one to turn to for management to help me to advocate for me in any manner.<br>2. On the job harassment of being singled out, discriminated against, and maltreated because of a need for accommodation to work an alternate path due to my on the job injury. I was told by Christina in Safety to learn all of my injuries did not happen at work -- and I told her, "I would never say that. Why would I ever say that?". She told me everybody does it to get their accommodations. This was a display of the most unethical behavior from Amazon management. This harm cost me my accommodations and on-the-job harassment. I was the only 58 the + (58 new) years-old person in the accommodations space, and I was the only one that was accused of taking management information from the Amazon Computer systems -- which was "treatment and discrimination in which caused me to lose my accommodation space. They really hurt my feelings emotionally by accusing me of stealing management information from a computer. This was defaming me as a person. I am known for integrity. This accusation was harmful to me because they forced me away from the station and I lost my disability accommodation, and I had no place to sit. I was denied an opportunity to apply for an open position in the Rex Inventory division. I was harmed and opportunity to become an official Learner of the processes due to me working under accommodations. I was used to work as a trainer but was never given the opportunity to apply for the position when it was open. While working under accommodations I was not considered to compete for another position on line. It was clear, if I'm not on the floor adding value to Amazon LLC, -- Amazon did not care about my advancement or safety as a person looking to continue working outside of the capacity that I injured me. I was working because I needed the income. Amazon forced me out of that I was injured on the job that reduced my income and has caused me loss of income.<br>3. Internal retaliation service is horrible. After being forced out of the building covid no longer receive full pay, double over-time pay, and overtime pay. I was passed on Short Term Disability and it changed my life. When one month, was approved through the end of the month, Amazon retaliated against me and that mutated my benefits pay because I did file complaints with Amazon Ethics Point about the bad harm naming managers, DOJ Civil Rights for violations, EEOC, OSHA and NIOSH regarding the lack of safety, discrimination, and harassment. The next next in my request " Pass Message" and other items with Employee Resource Center and Disability Leave Services on a weekly basis my communications. I cannot understand why the allowed for these people to be so cruel to the employees. Amazon may not speaks to them being Customer Centric -- I am a Amazon customer and the ill-treatment from Amazon feels like I'm literally broken after I worked hard for them.<br><br>II. From October 1, 2021, until July 21, 2022, I have been Harassed and Discriminated against by Amazon due to my Age and Disability<br>• July 26, 2022, Amazon (Pat # 80045356) continue to send me emails with no good intention of clearing up my medical benefits<br>• July 22, 2022, I received another Amazon Benefits Delayered email. Amazon congratulates me in an email regarding my 2022 Benefits enrollment<br>• July 21, 2022, Amazon Disability & Leave Services sent forms for the doctor to complete to approve leave though July 29, 2022, although, Amazon cancelled medical insurance to pay the doctor (Case # 04481801)   I'm unable to get the form complete<br>• July 21, 2022, I sent a communication to Donna Turley, my Case Manager for help to find a new position to work under accommodations at Amazon Donna never responded. Ref. Case #07759103<br>• July 20, 2022, I contacted ERC Case #82096486 with inquiry about my medical benefits and the rep hung up on me after being on the phone 2 hours with no resolve. Then shortly after ERC sent an email suggesting they lived to call me back. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _[signature]_   Date: 08-02-2022 |

Received by the Dallas EEOC on 08/03/2022

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number:
EEOC   450-2022-01815

| | |
|---|---|
| **Personal Information** | First Name: Jacquetta   MI: ___   Last Name: Clayton<br>Address: 820 Nelson PL   Apt.: ___<br>City: Burleson   County: Tarrant   State: TX   Zip Code: 76028<br>Phone: (469) 996-0181   Home ☐ Work ☐ Cell ☐   Email: Jclayton326@gmail.com |
| **Who do you think discriminated against you?** | Employer ☐   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: Amazon<br>Address: 9155 Southlink Drive   Suite: ___<br>City: Dallas   State: TX   Zip Code: 75241   Phone: 888-892-7180 |
| **Why you think you were discriminated against?** | Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☐   Age ☑<br>Disability ☑   Genetic Information ☐   Retaliation ☑   Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: 07-22-2022<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate).<br>See attached document. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>August 3, 2022<br>I declare under penalty of perjury that the above is true and correct.<br>Signature: _____   Date: 8/3/2022 |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

A Brief Summary of the Facts:
  I. **PERSONAL HARM:**
      a. The most harm I have experienced from this situation is my hands and wrist are in pain with minimal use such as typing, lifting, or carrying my purse. My fingers get stuck like I have a deformity in my hands and it's painful. While I was at work every day, I had to find my chair and pull it to my station because it was moved by HR who was accusing me of taking information from the computer. This caused more harm to my hands and wrist injury and harm to my mental psychological well-being. I currently have to get injections for some pain relief that really doesn't work. I had to receive multiple incisions in my stomach to repair hernias caused by working hard for Amazon and the harm is I'm not the same person mentally or physically. The harm has caused depression, anxiety, and anger for being disrespected and ignored by a company that caused my injuries.
      b. Mental and Emotional distress because I lost my home dealing with Amazon ignoring my required Physician Statement/Dr. Note responses that were submitted in a timely manner to receive the benefits. Because Amazon continued to intentionally ignore my communications on purpose and cut off my benefit pay without notice; this situation played a big part in the loss of my income and home. Having to pack up my home in so much pain. Depleted my accounts and I no longer have a home. Every other rep I communicated with was in collusion with Donna Turnley. There are records where I would open a HR Case looking for help and the reps would immediately close my case and I would open it right back and at one point it was a ping pong effort Open/Close blatantly ignoring me. This caused Financial distress, and this caused me mental harm of depression.
      c. Emotional I distress of having worked for a company really hard and the company shows you disrespect that they blatantly do not care about your safety, mental-health, well-being and/or security. When I was being attacked at work by management, I had no one to turn to in management to help me to advocate for me in any manner.
      d. On the job harassment of being singled out, discriminated against, and mistreated because of a need for accommodations to work an alternate path due to my on-the-job injury. I was told by Christine in Safety to lie and say my injuries did not happen at work – and I told her, "I would never say that. Why would I ever say that?" She told me everybody does it to get their accommodations. This was a display of the most unethical behavior from Amazon management. This harm cost me my accommodations and on-the-job harassment. I was the only 58 then (59 now) -year-old person in the accommodations space, and I was the only one that was accused of taking management information from the Amazon Computer systems – which was ill-treatment and discrimination which caused me to lose my accommodation space. They really hurt my feelings emotionally by accusing me of stealing management information from a computer. That was defaming me as a person. I am known for integrity. This accusation was harmful to me because they forced me away from the station and I lost my disability accommodation, and I had no place to sit. I was denied an opportunity to apply for an open position in the Non-Inventory division. I was denied and opportunity to become an official trainer of the processes due to me working under accommodations. I was used to work as a trainer but was never given the opportunity to apply for the position when it was open. While working under accommodations I was not considered to compete for another position on-site. It was clear, if I'm not on the line adding value to Amazon rates – Amazon did not care about my advancement or safety as a person looking to continue working outside of the capacity that injured me. I was working because I needed the income. Amazon forced me out after I was injured on-the-job that reduced my income and later caused me loss of income.
      e. Internal customer service is horrible. After being forced out of the building I could no longer receive full pay, double over-time pay, and overtime pay. I was placed on Short Term Disability and it changed my life. Within one month, while approved through the end of the month, Amazon retaliated against me and interrupted my benefits pay because I filed complaints with Amazon Ethics Point about Harassment naming managers, DOJ Civil Rights for disabilities,

EEOC, OSHA, and NIOSH regarding the lack of safety, discrimination, and harassment. This resulted in my assigned "Case Manager" and other reps with Employee Resource Center and Disability Leave Services to consistently ignore my communications. I cannot understand why it is allowed for these people to be so cruel to the employees. Amazon mission speaks to them being Customer Centric. I am an Amazon customer and this ill-treatment from Amazon feels like internal torture after I worked hard for them.

## II. From October 1, 2021, until July 21, 2022, I have been Harassed and Discriminated against by Amazon due to my Age and Disability.

- **July 26, 2022,** Amazon (Ref. 50945359) continue to send me eMails with no good intentions of clearing up my medical benefits.
- **July 22, 2022,** I received another Amazon Benefits, Delivered email. Amazon congratulates me in an email regarding my 2022 Benefits enrollment.
- **July 21, 2022,** Amazon Disability & Leave Services sent forms for the doctor to complete to approve leave though July 29, 2022; although, Amazon cancelled medical insurance to pay the doctor (Case 04446160) I'm unable to get the form completed.
- **July 21, 2022,** I sent a communication to Donna Turnley, my Case Manager for help to find a new position to work under accommodations at Amazon. **Donna never responded.** Ref. Case #47716103
- **July 20, 2022,** I contacted ERC Case #50790868, with inquiry about my medical benefits and the rep hung up on me after being on the phone 2 hours with no resolve. Then shortly after ERC sent an email suggesting they tried to call me back; although, they never did call. **Donna never responded.**
- **July 20, 2022,** I sent a screenshot image of my medical benefits payment to ERC.
- **July 18, 2022,** I was able to see the doctor and receive treatment and later told my insurance was cancelled again.
- **July 16, 2022,** Amazon congratulates me in an email regarding my benefits, delivered.
- **July 12, 2022,** Amazon Disability & Leave Services sent forms for my doctor to complete, but my doctor's office said they could not see me if my insurance was interrupted. HR Case #04446160.
- **July 11, 2022,** Amazon sent Benefits enrollment email.
- **July 5, 2022,** Amazon acknowledge my positive COVID-19 test, did not pay the benefit they offered to other employees.
- **July 4, 2022,** Amazon Disability & Leave Services sent an email approving my leave for COVID. I sent COVID test results to Amazon in email. Amazon HR requested COVID test results.
- **July 1, 2022,** Amazon Disability & Leave Services sent an email acknowledgement and next steps of my request to remain off work until my injuries were repaired. Case #04446160.
- **June 28, 2022,** Amazon HR sent me an attendance infraction.
- **June 16, 2022,** Amazon Benefits package sent to enrolled by July 14, 2022.
- **June 7, 2022,** Amazon sent a return to work on June 15, 2022; although, I submitted an additional leave because my hands are still injured.
- **May 31, 2022,** Amazon confirmation that my leave is approved to June 15, 2022.
- **May 28, 2022,** I sent an email to Donna Turnley, my Case Manager requesting Brent Jaye's information as the Plan Administrator. **Donna did not respond.**
- **May 28, 2022,** Amazon request me to return to work on May 31, 2022. My case manager never called me back. Case #02725347. **Donna did not respond.**
- **May 26, 2022,** Amazon request me to return to work (RTW) on May 30, 2022. My case manager never called me back. Case #02725347. Same day Amazon request my RTW date May 31, 2022. **Donna did not respond.**
- **May 23, 2022,** HR Case #46242723. Requesting contact for Brent Jaye, Plan Administrator. I needed to report Donna Turnley and how she ill-treated my case and to file an appeal. **Donna did not respond.**

JlC

- **May 21, 2022**, IAH1 HR responded suggesting they do not know Brent Jaye, the Plan Administrator is and did not provide his information neither did they identify themselves, Ticket #E358314831 – email: iah1-hr@amazon.com. **Donna did not respond.**
- **May 13, 2022**, Case #46225239 – Case closed. ERC will not answer my request to reach Brent Jaye, the Benefits Plan Administrator. – My Chime communication to my Case Manager has been disconnected. **Donna did not respond.**
- **May 12, 2022**, Case #46225239 – I opened a case to request Brent Jaye contact information because no one would give me the information through a phone call.
- **May 4, 2022**, 2.39p The Department of Labor confirms that Brent Jaye is the Plan Administrator for Amazon that responded to their department; although, Amazon will not let me communicate with him. The ERISA law allows me an opportunity to be in touch with the Plan Administrator. I have written Amazon and called the main offices countless times, and **Donna or no other rep would respond.**
- **May 3, 2022**, I sent an email to Donna Turnley, my Case Manager – regarding my injuries, being work related and not my personal health condition. I also made another request to make contact with Brent Jaye, the Plan Administrator. **No Response. Donna did not respond.**
- **May 2, 2022**, Amazon sent me an email approving my leave and noted a reasoning that I am on LOA due to <u>my own personal health condition</u>. HR Case #02725347. **Donna called** and wished me good luck on my surgery, and I requested her supervisor and the contact of Brent Jaye and she never emailed it back.
- **April 29, 2022**, I created an HR Case #46225239, through ERC requesting to speak with Brent Jaye and to report that my Chime is no longer connected with Amazon contacts. ERC said there was nothing they could do about it and insisted that I speak with my "Case Manager" that was not communicating with me. I reported, **I'm being ignored.** Amazon gave me limited to no information on appeals or my rights. **Donna did not respond.**
- **April 26, 2022**, I had to contact the Department of Labor to get the STD Summary Plan. DoL sent me a "Filing a Claim for Your Disability" pamphlet in an email.
- **April 5, 2022**, Donna Turnley, my Case Manager for Amazon, finally contacted me through email to once again to interrupt my benefits. I made calls to Donna for explanation of my benefits and pay from December 2021 to present April 5, 2022, and **Donna would never call me back or respond.** With no communication, Donna denied my leave and cut off my STD through an email. HR Case #02725347.
- **April 5, 2022**, I sent an email to Department of Labor to report the interruption in my benefits pay.
- **March 30, 2022**, I sent a message to Department of Labor about interruption in my benefits pay. I reported to DoL how I submitted doctor forms to Amazon in a timely manner and the Case Manager **Donna Turnley, did not communicate with me**; although, she continues to cut off my benefits and how I have lost my home due to this injury and Amazon's intentional interruptions in my pay.
- **March 30, 2022**, Amazon communication naming Donna Turnley as my DLS Case Manager; although, **Donna will not communicate with me.** HR Case #43661984. HR Case #44545323. HR Case #39682332. HR Case #40186334.
- **March 30, 2022**, I contacted Ruth Lopez with EEOC by email to ask her to move forward with the Charge of Harassment, Retaliation, and Discrimination. **Amazon is clearly ignoring me.**
- **March 29, 2022**, Requests to speak with my Case Manager, Donna Turnley. HR Case #39682332.
  - I sent an email to Donna Turnley directly and bcc: Ruth Lopez to show how I was being ignored. My email confirmed that I sent my doctor statement on 3.16.22, and it was not responded to. **There was no response from Donna Turnley.**
- **March 28, 2022**, Amazon rep Kristen Lester tell me only Donna Turnley can respond to my case after I sent a message about receiving my DLS pay. HR Case #39682332. I sent an email to Donna for direct information for Brent Jaye's office. **Donna did not respond.**
- **March 27, 2022**, I learned that my Manager has changed because I sent him an email.
- **March 24, 2022**, Amazon sends me a return-to-work date of March 28, 2022, after ignoring my Doctor's note March 16th, extending my time off work to unknown. I was expecting surgery.

JC

- **March 14, 2022,** Amazon ERC reps continue to tell me only Donna Turnley can respond or make changes to my account; although, **Donna never responded.** HR Case #39682332
- **March 13, 2022,** I sent information to Ruth Lopez regarding complaints I sent to Ethics-Point about Amazon discriminating/retaliating against me and interrupting my pay and ignoring my doctor's notes.
- **March 11, 2022,** Amazon sent a request for another doctor's note after I just sent one on February 22, 2022, knowing doctors do not respond like that. **Donna did not respond to my calls.**
- **February 22, 2022,** my pay benefits were interrupted again after I submitted my doctor's statement on January 5, 2022 and February 18, 2022. Joshua assured me by phone that my doctor's statement was received in the portal; although, turned around and sent an email with RTW dates ignoring what the doctor said and asking me to ask my questions to Donna Turnley who was in charge of my case. **Donna did not respond** or communicate with me; although, **Donna turned off my preapproved** benefits pay again.
- **February 18, 2022,** I sent doctor's notes to Donna Turnley and Accommodations Team while I was on the phone with Joshua. Joshua sent my back pay and confirmed the receipt of the new doctor's note. **No response from Donna.**
- **February 1, 2022,** Amazon ERC telling me to call Disability and Leave Services, whom is Donna Turnley, the same person who **would not respond to my messages** or call me back. HR Case #39682332 – On this day, I sent a complaint to Texas Department of Insurance regarding the unanswered interruptions in my benefit pay.
- **January 31, 2022,** Amazon ERC telling me to call Disability and Leave Services who would not speak to me and continued to tell me to call **Donna Turnley who would not respond to me.**
- **January 27, 2022,** I was seeking to speak to Donna Turnley, I opened another HR Case #40174958, ERC stated they had no access to transfer me to the DLS Case Managers line. **Donna did not respond.**
- **January 26, 2022,** I asked the question in the case why my doctor's note was being ignored. I asked ERC to call DLS and ask a Case Manager to call me. I submitted what they asked for and **Donna Turnley ignored it.**
- **January 21, 2022,** I received an Approved leave through February 27, 2022, and somehow Donna Turnley intentionally interrupted my benefits pay on purpose again in the middle of an approved leave. **Donna did not respond.**
- **January 19, 2022,** I called ERC and the representative reopened an HR Case #39682332, making the request known that I am attempting to reach my Case Manager, Donna Turnley about my DLS pay. ERC opened a case for me and closed it immediately when we hung up the phone. I reopened the case and asked for accountability of the Case Manager. **Donna did not respond.**
- **January 18, 2022,** I called ERC to create a case about my STD benefits pay and the case was closed without my issue being resolved. HR Case #37843646. ERC referred me to DLS which Donna Turnley would not respond. The email I sent to Dawn, Helen, and Donna was responded to but questions not answered, although Helen and Dawn did send an email response unable to answer my question. **Donna did not respond.** Amazon was not really trying to help me in good faith or at all in any manner.
- **January 17, 2022,** I sent an email to Dawn, Workers Comp Mgr., Helen, HR Mgr., and Donna, DLS Case Mgr., requesting the insurance company name so I can communicate with them directly, because I sent in all my doctor's statement and I had been approved and somehow **Donna Turnley abused her authority to interrupt my income and not respond to me.**
- **January 12, 2022,** opened a HR Case #39682332 attempting to contact Violeta Marquez a DLS rep, who signed me up with the STD benefit attempting to get some answers. **No response.** Amazon sent an email acknowledging receipt of my Ethics Complaint.
- **January 5, 2022,** I submitted my LOA documents and received the confirmation from Amazon that my documents were received. HR Case #02725347. Extended to 02-28-2022. **Donna did not respond.**
- **January 4, 2022,** I received DLS documents in an email and the notice that Donna Turnley is still my Case Manager to contact. HR Case #02725347.
- **January 2, 2022,** I sent an email to Amazon DLS to advise them of my December 22nd, 28th, 31st, and January 2nd doctor's notes and the fact that the doctor extended my time off and **no one responded.**

JIC

- **December 22, 2021,** DLS sent a confirmation of approved leave through December 31, 2022; although, Donna Turnley cut off my pay and requested another doctor's statement in the middle of an approved leave. **Donna would not call me back.**
- **December 21, 2021,** I received a follow-up from EthicsPoint dispatch of my complaint, that Amazon is retaliating against me; #311717467001, Amazon suggested they were unable to speak with me over the phone, so they closed the case. I did not expect to speak with Amazon. I outlined my concerns in writing and asked for a written response. I thought EthicsPoint were an outside agency.
- **December 16, 2021,** I emailed Donna Turnley asking her to **PLEASE** call me about my benefit income being cut off. **She never responded.** I created a HR Case #37843646. This is Retaliation.
- **December 14, 2021,** OSHA sent me a copy of the response from Amazon regarding my complaint. Amazon did not report the days correctly to OSHA that I missed work due to the on-the-job injury.
- **December 8, 2021,** I contact Amazon and asked for someone to call me about my doctor letter that was submitted to Amazon and being ignored. **No response** to the doctor's letter; although, Amazon sent me a return-to-work email to intentionally cause interruption in my benefits as retaliation. **No response from Donna.**
- **December 7, 2021,** eMailed my DLS Case Manager to please call me back related to their decision. **Donna did not respond.**
- **December 6, 2021,** Donna Turnley sent me a DLS letter in email with a pending status of leave December 31, 2021; in lieu of me already being approved through December 31, 2021. Donna's letter stated an adjusted end date of December 10, 2021, to intentionally interrupt my benefits income on purpose. After all my calls and emails to communicate with Donna to clear up confusion, **Donna never called me back.** Donna did everything possible to cause me harm and interrupt my pay. I lost my home.
- **December 3, 2021,** I sent back an email included the doctor's note that I uploaded in AtoZ, to Lisa Figueroa and DLS for clarification and request for someone to call me or respond to the misinformed email of me returning to work on 12.5.2021. **No response.**
- **December 2, 2021,** I moved out of my home due to constant interruptions in my income. I moved out.
- **December 1, 2021,** Lisa Figueroa emailed me an acknowledgement of receiving my doctor's note to extend my STD; although, she suggested that I was to return to work on December 5, 2021. I called, emailed, and chimed attempting to reach Amazon DLS accommodations. **There was no response. Donna did not respond.** HR Case #02725347.
- **November 30, 2021,** Amazon ignores my doctor note and send me a return-to-work notice. Beginning of retaliation for reporting Amazon to OSHA, EthicsPoint and NIOSH.
- **November 22, 2021,** Amazon DLS sent me a form to complete for DLS. HR Case #02725347.
- **November 18, 2021,** HR Investigation Findings of my complaint to EthicsPoint. Paige Henderson, Employee Relations Escalations Investigator, 203.529.5673, hpaige@amazon.com.
- **November 9, 2021,** Complaint to OSHA C-no. #1826481 to Michelle Gray.
- **November 8, 2021,** DOJ Civil Rights, responded to my complaint Report #113871-JZH.
- **November 5, 2021,** Amazon responded to OSHA's inquiry and from this point forward I was being retaliated against. Amazon sought more doctor statements during times that were previously approved. Amazon interrupted my current Approved leave and cut off my benefits 2wks before Christmas. I had no income for Christmas. Every DLS and ERC rep ignored my calls, voicemails, chimes, and HR Cases created.
- **October 27, 2021,** My first communication email from Donna Turnley. She sent an Approved STD through November 23, 2021.
- **October 25, 2021,** I made a complaint with Dept of Justice, Discrimination Dept., Amazon EthicsPoint, OSHA, and NIOSH about Amazon unsafe work environment and discrimination of my disability.
- **October 24, 2021,** Violeta Marquez left me an email that she was placing me on Certificate of Fitness without my consent or understanding – rather than ensuring my Accommodation would no longer be interrupted by Safety or offering me the Short-Term Disability (STD) option. And after multiple attempts to stop Violeta Marquez from placing me on COF, she finally responded hours before my shift and placed me on STD. **I never got a chance to go on-site to speak with HR directly.** I was placed on

STD by force not my choice. I was forced out. This happened just before my shift started. HR Case #34623956.

- **October 23, 2021,** I created Case #34623956 – I was called on a Saturday, by Amazon to place me on Certificate of Fitness (non-work-related accommodation) or Short-Term Disability (STD). I had no understanding on what either of them meant so Violeta Marquez said she would give me time to look into the definitions. I planned to discuss the matter with the On-Site HR.
- **October 20, 2021,** Immediately, as soon as I arrived at work, Safety Management insisted on taking my chair. Luis Rojas was sitting in the adjustable chair that I found for myself to sit in. Amy, the Safety Mgr. ask the new guy, Quirino Quintana to tell me that I needed to stand up at the last table to do my work without any chair. Amy Clark, Safety Mgr., Andrew Kassin, Operations Mgr., and Helen Muncaster, HR Sr. Mgr., all approached me within 15 minutes of my shift to tell me in a loud voice I could not sit in the chair I was sitting in and I immediately call the EthicsPoint to file a complaint of harassment towards me from the Senior Management of IAH1 Amazon location. EthicsPoint Case #311717467001 and HR Case #34416602. I made reports to Carmen in HR on-site of IAH1 that I was being harassed at work. I made a request to Carmen in HR to tell Safety to leave me alone and not inquire anything else about my accommodations. Amy choose to interrupt my approved disability accommodations.
- **October 19, 2021,** I got a chair from across the warehouse that one of the guys in the Reliability and Maintenance area helped me find. As I went to the front to get the chair, I noticed a guy name John sitting in the non-inventory area. I asked him was he new to that position and he told me yes. I asked him where was it posted? He wasn't sure; he said, Scott Peadons told him to apply for the job and he did, and he got the job." I looked for that job and it was not posted. I wanted to apply for the position. I did not have an opportunity. Scott had a preselected employee to put in that position. This was discrimination to my opportunity. Meanwhile, I got the chair. I finally had an adjustable chair to use to accommodate my seat. Finding my own chair became an issue for Safety. While on the floor, I was meet by Amy Clark and Andrew Kassin and told that I needed to return to the station to do Asset Tagging. As I sat in the chair that I found in the warehouse, Amy made it a point to say out loud, "no, not there. You need to sit over here." Here, was at a small desk with an unsupported chair. I complained to Whitney Garrett my Manager and Carmen with HR that Safety is harassing me. The Safety Manager, Amy insisted that I move from the chair I was sitting in and presented me with a list of rules to Return-To-Work (RTW) that contradicted every restriction my doctor and accommodations team had previously approved for me to RTW through October 31, 2021. Amy the Safety Manager lied and said, the Accommodation Team, HR, and my Manager worked with my doctor to approve the same document and listed the hours on the RTW form that she had in her possession. Carmen in Human Resources said she never seen the document. Carmen asked me to send the document to her and told me to continue with the restrictions I was previously given by the Accommodations Team. Whitney my manager said he never seen the document before and that he had no knowledge of that document. Amy abused her authority and used the unidentifiable Amazon form she created on her own in Word to enforce her rules upon me and threaten to send me home. I attempted to show Amy my RTW paper, she refused to look and said, "it doesn't matter, what I say go." Amy choose to not address or adhere to the medical reports that were already submitted and to create her own medical report to enforce her way.
- **October 18, 2021,** I began my shift signing coworkers up for the safety shoe program. Two safety employees were on site. I used one of the empty desk space/chairs to sit in from the start of my shift. I left for lunch and came back and noticed Amy Clark left her office to come out to the floor and sit in the chair I was sitting in all evening. Amy, the Safety Manager took my chair and sat in it herself. This action was done to dehumanize, degrade, and dare me. When I asked for the chair – Amy was rude and curt in her tone to me and turned back around to her laptop. I asked Rojas if there was an emergency going on or something special, his response was no. I also said, "so she's just taking my chair" and he shrubbed his shoulders. This action was planned and calculated by them and it then became real to me that it was the safety team that had been pre-planning and taking my chair every night prior to my shift starting. I created an EthicsPoint Case #582454699301

- **October 17, 2021,** I took off work. Unpaid time off. The Safety Team and Management at the job stressed me out by taking my chair and harassing me.
- **October 14, 2021,** I emailed my Case Manager, Lisa Figueroa and asked for her help because I was being harassed at work. **Lisa never responded.**
- **October 13, 2021,** I had a doctor appointment today. I asked my doctor for a letter with added language about my seating accommodations for my injuries as HR suggested. I gave Rojas a letter from my doctor regarding the need of an accommodating adjustable chair. Rojas gave the letter back to me and said, there are no more chairs. Safety generally had 2 people on duty every night and this night they had 4 people on duty to take up all the chairs. **I was in a hostile environment.** They were all against me.
- **October 12, 2021,** I worked in the back of the warehouse doing safety shoe enrollment. Without a chair, I was forced to walk the warehouse all night. This cause a lot of pain and I mentioned it to Rojas and told him I needed a chair like I had when I was sitting upfront.
- **October 11, 2021,** Carmen Wilson in HR insisted that I do not sit at the station where I previously had sat every day of my accommodations in that area. Making me look bad in front of others, I had to move stations because of a lie. I had to move to a station in the back of the area to leave where Carmen did not want me to sit. Carmen defamed me to the Operations Mgr. Andrew Kassin and Area Manager Ash Petrossian that I was taking management personal information from the Amazon computer system. Carmen assassinated my character and injured my honor and integrity at the job by slandering my name to management. Both managers came to question me about my access to the Amazon systems as if I was a threat to Amazon computer systems. I had no other communication with the 2 managers; other than, if I stole management information from the computer and what was my access to their systems. I ran to the restroom in shame and tears. I immediately sent an email to Lisa Figueroa about the harassment seeking help and I explained in my email that I was being accused of wrong-doing and I needed her immediate help. **Lisa never responded.** Meanwhile, Carmen came again to the area where I was sitting after Andrew and Ash, to question me again. I told her; "are you serious, you are harassing me over a lie, and I'm offended" I did not take information off the computer. Carmen said to me, "well, we have to make sure." Carmen intentionally disrespected me, discriminated against me, and harassed me about 5 or more times to accused me of violating the Amazon computers and taking unauthorized information. I was singled out for an action I did not do. HR and Safety conspired to get me out of that section. Later in the night, Rojas came to ask me if I wanted to do Safety Shoe Enrollment. I did safety shoe enrollment for the rest of the night. I lost my accommodation. I was told to go into the Safety area, it was then Rojas told me I would report back there the next day. Come to find out, this ill-treatment was all because I sent an email to Manager, Aaron Davis, from home.
- **October 10, 2021,** Because Safety never came to make adjustments to my seat, I moved back to the seat I was initially sitting in. Amazon Manager Scott Peadons harassed me by sitting about 10 ft from me at a table and stared directly at me for the whole first half of a shift. It was a very uncomfortable feeling. As a manager for the Sorting area, Scott is always in the back of the warehouse. His seat had full view of my computer screen. They really believed I had violated the Amazon systems and they were treating me the same. According to HR, Rajas in safety was supposed to come and make adjustments regarding my seating; although, Rojas and Theresa walked pass my station all night long looking at me and taking note of the time on their watches as an intimidation tactic. Neither Safety rep approached me to accommodate my seating. This is when I gathered – they have been moving my chair on purpose to get me out of the area. Their efforts were intentional and not for the good of my safety.
- **October 6, 2021,** Carmen Wilson of HR said it was brought to her attention that I was sitting at the wrong computer and there was a concern of my access to the Amazon Computer Systems. I explained to Carmen that – this is where I been sitting since my accommodations were approved. Carmen discriminated against me and asked me to move to another seat. Other injured employees had sat in the same area for accommodations and nothing was ever said to them at all regarding their computer or seat location. Carmen called me into the HR office after lunch to question me again about my access to the Amazon computers. I told Carmen, I'm not a developer that has the capability of going behind the software to access management information and I'm offended that she keeps asking me if I violated the system because I would not do that. I believe I was mistreated due to my age and being an older black

JLC

woman, they were bullying me. At no time did any of the younger white people or the black man on accommodations get questioned about their computer or seat location.

## OTHER NOTES OF HARASSMENT FROM DATE OF INJURY ON THE JOB

- **September 27, 2021,** I was sent an Accommodation Approval from amazon accommodation team – Claim # A-2021-324730, to be placed in an Approved Alternate Path through October 31, 2021.
- **September 23, 2021,** I sent an email to Lisa Figueroa of my medical excuse from Occupational Therapy for my injuries.
- **September 13, 2021,** Amazon sent me a denial of pay in email for the time I was off without pay in July-August. I searched high and low for a new position available in the non-inventory area. I even had the IT guy to help me get logged in on the Amazon internal computer to check out job openings so I could apply for the position. The position was not listed for the IAH1 site.
- **August and September,** Someone at Amazon kept harassing me and moving my chair from the station where I worked. This caused more pain to my injuries. I had a chair with wheels easy to move and easily adjustable to high and low positions for comfort of my abdomen. Because someone kept moving my chair, I had to drag a chair from another area to have a seat. Later the wheel style chair was removed from the station and I had to ask the young man in the Learning Dept. to move a chair over to my station because the standing chair was too heavy and caused more pain to my injuries.
- **August 15, 2021,** through **August 17, 2021** – Per Lisa Figueroa Amazon system showed me out on a Personal Leave of Absence – when in fact – I was in the building and working.
- **August 11, 2022,** I sent an email to accommodations and Lisa Figueroa regarding my pay being interrupted while I was previously approved to work. I created a Harassment Report to EthicsPoint in regard to being sent home without pay for about one month. I was given the run around by Accommodations Team and the On-Site HR Team of who was making the decision. I chimed with Joe in HR to find out they were waiting on word from the Accommodations Team and the Accommodations Team said they were waiting on HR to make a decision. Meanwhile 1-3 days end up becoming about one month. Complaint to EthicsPoint 453762309601.
- **July 18, 2021,** I was already approved to work in accommodated space. HR Case #A-2021-324730. Per Joe in HR, I was removed from my station and sent home the evening of Sunday, July 18, 2021, for 1-3 days (August 15 or 22, 2021 my return date). My time home end up being about one month and no one cared or had answers.
- **June 22, 2021,** Christine of safety and HR of Amazon ignored their own doctor's request from Care Now to give me 10-day hand rest. Christine and HR of Amazon told me that my doctor statement did not matter – I have to get approved by the Accommodations Team to be accommodated at work.
- **June 16, 2021,** I was injured and told to lie and say my injury did not happen at work in order to receive the accommodations.

### III. RESPONDENT'S REASON FOR ADVERSE ACTION:
   a. I believe this adverse action began when I would not tell a lie and say that my injuries did not happen on site. After I reported that my injuries happened on-site, I was treated differently. I began working in a hostile environment.
   b. I also believe the retaliation began when I complained to outside Agencies, such as, Dept of Justice, Civil Rights and Discrimination Dept., Texas Dept of Insurance, Amazon EthicsPoint, EEOC, OSHA, and NIOSH about Amazon unsafe work environment, harassment, retaliation, and discrimination of my disability.
   c. No reason(s) was given from Amazon, as to why I was discriminated against. Or why I was forced to talk with "My Case Manager" Lisa Figueroa then Donna Turnley" **who would never respond to me**, in order to make any changes, updates, or adjustment to my STD benefit case that left me without security of my home and on the job. **Donna did not respond.**
   d. No other reason was ever given as to why I have been treated so cruel and in a discriminative manner and accused of stealing management information.
   e. No reason(s) was given why they ignored my doctor's notes and cut off my pay. No reason at all.

JIC

      f. No reason(s) was given why Amazon leadership decided to attack me and make sure I did not have an appropriate chair to sit in that accommodated my injuries to keep me safe and secure.

## IV. DISCRIMINATION STATEMENT:

      a. I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended, in Title I – Employment, Amazon did not allow me the same employment opportunities and benefits available to people without disabilities because I was not allowed to apply for another available position on-site due to working under disability accommodations. I made request to a Manager, Stacy (I believe) in the Learning area and to Carmen in HR for the NON-Inventory area. In addition, I signed up for the newly created Activity area and received an initial acceptance response and in the next week was no longer communicated with even after I drafted an idea for the night shift. Additionally, Amazon did everything possible to coerce me to lie and say I was not injured at work in order to receive on-the-job accommodations. Once I was approved for accommodations, Amazon management did everything possible to interrupt my reasonable accommodations and pay.

      b. As amended, in Title III – Public Accommodations and Services Operated by Private Entities, Amazon management and Safety staff discriminated against me and my disability by singling me out accusing me of wrongdoing and treated like a criminal by interrogating me and HR degrading me to other members of management by telling them I compromised the computer system and acted on their degradation by forcing me to move from station to station and ensuring that I had no reasonable seat that would support my injuries; by taking my chair on a daily basis. Amazon's Safety Team purposely denied me the use of an available chair and did not offer me a reasonable modification of a chair to ensure that I was not in pain while working under accommodations. Amazon Safety Team actions caused me to lose my accommodations to work. Amazon Disability Leave Services, Safety, nor Management did not communicate effectively while I was working under accommodations on or off-site. Amazon Disability Leave Services consistently and intentionally ignored me and the doctor's request on purpose and caused me to lose my accommodations at work to continue to earn regular pay and Amazon Case Manager Donna Turnley caused me to lose my reduced income and my home due to the many interruptions in pay because of their management cruel behaviors. This is a result of being forced out of the building to work in my previously approved disability accommodation.

      c. As amended, in Title V – Miscellaneous Provisions, Amazon did try to coerce me to lie and say my injuries did not happen on-site in order to be accommodated into an alternate path to work. Amazon emotionally and distressfully impacted my life by the negative impact of interrupting my insurance benefits by ignoring my Physician Statements submitted in a timely manner. My need for attention from an outside agency on how Amazon was ill-treating me cause Amazon to retaliate against me by ignoring my communications and cutting off my benefits again and again.

V. **And I also believe I have been discriminated against because of my age (59), in violation of the Age Discrimination in Employment Act of 1967, as amended.** Amazon Safety Team and HR rep treated me with discrimination and harassment on a daily basis from August to September 2021. I was the only older 58-year-old person working under accommodations that was being badgered, falsely accused of wrongdoing, interrogated, moved from station to station, sent home without pay while already approved for accommodations, and not allowed to compete as regular employees for job opportunities that were available. All the other people were younger than me and working under accommodations were not bothered or questioned about anything. I was ill-treated and I was the only one treated differently than all others with disabilities working under accommodations. I was harassed daily.

**Final Note:**
I have supporting documentation to my claim by way of eMail, Letters, Reports, or the in the AtoZ Portal.
Thank you,
JacQuetta Clayton

**JS 44** (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: **TARRANT**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **DALLAS**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability |  | PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | [X] 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | [X] 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [X] 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | [X] 442 Employment / 510 Motions to Vacate Sentence |  | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty |  | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | IMMIGRATION |  | 950 Constitutionality of State Statutes |
|  | 448 Education / 550 Civil Rights | 462 Naturalization Application |  |  |
|  | 555 Prison Condition | 465 Other Immigration Actions |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**Title VII, ADEA, ADA**

Brief description of cause:
**Discrimination Race Age Disability OTJ, Constant Harassment OTJ, Retaliation on the job**, On the job (OTJ)

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **500,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE: **NA**
DOCKET NUMBER: **NA**

DATE: **November 1, 2022**

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____