**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| JACQUETTA L. CLAYTON,  *Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:22-CV-984-P |
| AMAZON.COM SERVICES LLC,  *Defendant.* | § § § | |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Amazon.com Services LLC ("Amazon") provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: Amazon.com Services LLC's sole member is Amazon.com Sales, Inc. Amazon.com Sales, Inc. is a wholly-owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. is a publicly traded company. Amazon.com, Inc. has no parent company, and no other publicly-held company owns 10% or more of Amazon.com, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: Plaintiff JacQuetta L. Clayton and Defendant Amazon.com Services LLC.

Dated: May 18, 2023            Respectfully submitted,

/s/ *M. Collin Quigley*
**Nehal S. Anand** (Attorney-in-Charge)
State Bar No. 24070600
Email: nanand@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**M. Collin Quigley**
State Bar No. 24100928
Email: cquigley@littler.com
LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
214.880.8100 (Telephone)
214.880.0181 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**AMAZON.COM SERVICES LLC**

## CERTIFICATE OF SERVICE

    I certify that, on the 18th day of May, 2023, a copy of the foregoing document was sent to Plaintiff via the Court's ECF notification system, e-mail and certified mail, return receipt requested, as follows:

JacQuetta L Clayton
820 Nelson Pl.
Burleson, TX 76028
469-996-0181
Email: jclayton326@gmail.com

*/s/ M. Collin Quigley*
M. Collin Quigley

4869-5346-4931.3 / 114766-1083

- 2 -