IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JACQUETTA L. CLAYTON,** | § | |
| **PLAINTIFF** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-984-P** |
| | § | |
| **AMAZON.COM SERVICES, LLC,** | § | |
| **DEFENDANT.** | § | |

## SCHEDULING ORDER

The above-styled and numbered cause was referred to the undersigned for pretrial management. Pursuant to FED. R. CIV. P. 16(b), this Scheduling Order shall govern the preparation of this case for trial. The Court, having reviewed the joint status report and proposed discovery plan recently submitted by the parties, establishes the deadlines set out below to ensure that the case is expeditiously prepared for trial. The District Court will set the remaining pretrial and trial schedule once the undersigned has issued findings, conclusions, and recommendation on any dispositive motions.

Accordingly, it is **ORDERED** that:

(1) The parties participate in a formal settlement conference **no later than February 16, 2024**, at a time and place to be agreed upon by the parties, at which the parties and their counsel shall appear in person to discuss settlement of this case (corporations, partnerships, associations, etc., shall participate through a representative who shall have authority to bargain in good faith). No later than seven (7) days after the date of the settlement conference, each party shall file a brief written report setting out:

    (a) The date on which the settlement conference was held;

    (b) The persons present;

    (c) A statement regarding whether meaningful progress toward settlement was made; and

    (d) A statement regarding the prospects of settlement before trial.

(2) All disclosures required by FED. R. CIV. P. 26(a)(1) shall be made in the manner set out in that rule except that the deadline for making such disclosures is hereby extended to **November 8, 2023**;[1]

(3) The parties file any motions to implead third parties or to join additional parties pursuant to the Federal Rules of Civil Procedure no later than **December 6, 2023**;

(4) All disclosures relating to expert witnesses required by FED. R. CIV. P. 26(a)(2) be made and supplemented in the manner set out in that rule except that the primary disclosures required by subparagraphs (A) and (B) of Rule 26(a)(2) be made by each party plaintiff no later than **February 22, 2024**, and by each party defendant no later than **March 8, 2024**.[2] Any motions challenging these designations, including challenges under Fed. R. Evid. 702, shall be filed by the deadline established in this order for filing pretrial motions;

(5) Each party plaintiff file any motions for leave to amend his pleadings no later than **December 1, 2023**;

(6) Each party defendant file any motions for leave to amend his pleadings no later than **December 8, 2023**;

(7) The parties cease all discovery activity under the Federal Rules of Civil Procedure no later than **June 26, 2024**. All discovery must be completed by the ordered date. Discovery shall be served sufficiently ahead of the discovery deadline to permit the party from whom discovery is sought to respond within the time periods contemplated by the Federal Rules of Civil Procedure and Local Rules for the Northern District of Texas. In accordance with Federal Rule of Evidence 502, inadvertent production during discovery of information covered by the attorney-client privilege or work-product production will not waive the privilege or protection;

(8) The parties file all pretrial and dispositive motions no later than **July 12, 2024**;

(9) The parties participate in mediation during the month of **June 2024** in accordance with the Order of Referral to Mediation issued this same day. **The parties, upon agreement, may request that the Court refer this matter to a pro bono mediator.**

It is **ORDERED** that the parties and their counsel strictly comply with the terms of this Scheduling Order. Except as otherwise provided in this Order, the Local Rules for the Northern District of Texas shall be strictly followed. Parties and counsel are on notice that failure to timely comply with this Order, the Local Rules for the Northern District of Texas, or the Federal Rules of

---

[1] In accordance with Rule 26(a)(1), these disclosures shall be provided to all parties but shall not be filed with the clerk of the Court.

[2] In accordance with Rule 26(a)(2), these disclosures shall be made to all parties but shall not be filed with the clerk of the Court.

Civil Procedure may result in the imposition of sanctions against the non-complying party or counsel or both.

SIGNED October 10, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE