UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JACQUETTA L CLAYTON,**

   Plaintiff,

v.                                                No. 4:22-cv-00984-P-BJ

**AMAZON.COM SERVICES LLC,**

   Defendant.

# ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 82. No timely objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

   The Court therefore **ORDERS** that Defendant Amazon.com Services LLC's Motion to Dismiss is **DENIED.**

   **SO ORDERED** on this **24th day of June 2024.**

   _____
   Mark T. Pittman
   UNITED STATED DISTRICT JUDGE