IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACQUETTA L. CLAYTON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:22-CV-984-P |
| | § | |
| AMAZON.COM SERVICES, | § | |
| LLC, | § | |
| Defendant. | § | |

## SETTLEMENT CONFERENCE REPORT

The magistrate judge held a settlement conference in this case on September 16, 2025.  The parties and counsel appeared, as ordered, and met and conferred in a good faith attempt to settle the case.  The parties continued their efforts after conclusion of the settlement conference and, during the evening of September 18, 2025, informed the magistrate judge that they have reached an agreement to settle the case.

**ENTERED** on September 19, 2025.


_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

-1-