UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JACQUETTA L. CLAYTON,**

  Plaintiff,

v.                                                    No. 4:22-cv-00984-P

**AMAZON.COM SERVICES LLC,**

  Defendant.

## FINAL JUDGMENT

  This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

  **SO ORDERED** on this **2nd day of October 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE